UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Thomas Wright | : | |
| | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 18-12162AMC |

**Addendum to Chapter 13 Plan**

By way of incorporation to the Amend Plan filed at Docket #25:

With regard to the Debtor's mortgage held by **Ocwen Loan Servicing, Llc**, that is being paid through the Plan, the Debtor shall keep in effect and remain current on his required homeowners insurance, and all real estate taxes.

Date: January 9, 2019

/s/ Brad J. Sadek, Esq.
1315 Walnut Street
#502 Philadelphia,
PA 19107