SEP 1,2020 3:32PM

# Best Case Bankruptcy Case Notes
## Wright, Thomas

18-12162

## LEGAL FEES BREAKDOWN

ATTORNEY FEE: $335.00/hour        3.5 hours x $335.00 = $1,172.50
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.
Meghan K. Power, Esq.

PARALEGAL FEE: $125.00/hour       0.7 hours x $125.00 = $87.50
Karen Campling
Olivia Trainor

Total: $1,172.50 + $87.50 = $1,260.00

---

.4 KMC    8/20/20
Filed Motion to Modify & Modified Plan; Emailed client re modified payments.

.5 MHL    8/20/20
Reviewed modified plan and motion.

.7 MKP    8/20/20
Drafted motion to modify and modified plan.

.4 MKP    8/20/20
Spoke with client re modifying plan.

.3 BJS    8/20/19
Emails with Trustee regarding new auto purchase.

.1 OT    8/12/20
Emailed MTD to client.

.4 MHL    8/12/20
Review motion for relief

.6 MHL    1/18/19
Confirmation review

.3 BJS    1/10/19
Prepare and file Addendum to Amended Plan

.2 KMC    12/20/18
CNR to fee app filed

.3 BJS    12/04/18
Review MTD