IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Thomas Wright | : | Case No.: 19-11278AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a true and correct copy of the Supplemental Application for Compensation and notice was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims or, if no Proof of Claim has been filed, the address listed on the Credit Report.

Dated: September 1, 2020

**/s/ Brad J. Sadek, Esquire**
**Brad J. Sadek, Esquire**
**Sadek and Cooper**
**1315 Walnut Street**
**Suite 502**
**Philadelphia, PA 19107**
**Phone: 215-545-0008**
**brad@sadeklaw.com**