IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Thomas Wright | : | Chapter 13 |
| | : | Case No.: 18-12162 - MDC |
|     Debtor(s) | : | |

**ORDER GRANTING DEBTORS' REQUEST FOR AN EXPEDITED HEARING**

AND NOW, this ___24th___ day of ___October___ 2022, upon consideration of the Debtors' Motion for an Expedited Hearing to Sell the Property, it is hereby:

ORDERED and DECREED that a hearing will take place on:

Date: ___October 27, 2022___

Time: ___11:00 a.m.___

Debtors Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE